UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALLEN ANDERSON,

                            Petitioner,

  -against-

WILLIAM PHILLIPS, Superintendent, Green
Haven Correctional Facility,

                           Respondent.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 5192 (NGG)

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on July 20, 2005, denying the petition for a writ of habeas corpus; ordering that a Certificate of Appealability shall not issue; and certifying pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Memorandum and Order would not be taken in good faith; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; that a Certificate of Appealability shall not issue; and that pursuant to 28 U.S.C. § 1915 (a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith.

Dated: Brooklyn, New York
        July 21, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court